916

No. 485, Misc. ANDERSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 469, Misc. McLAUGHLIN v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *F. Lee Bailey* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for respondent.

No. 452, Misc. GILDAY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *John Kuttas* for petitioner. *John P. S. Burke* for respondent.

No. 486, Misc. KERRY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 488, Misc. REED v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 499, Misc. SOSA ET AL. v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Caryl Warner* for petitioners.

No. 521, Misc. LEWIS v. OHIO. Ct. App. Ohio, 8th Jud. Dist. Certiorari denied. *James R. Willis* for petitioner. *John T. Corrigan* for respondent.

No. 621, Misc. CREIGHTON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Anthony F. Marra* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Michael Juviler* for respondent.